**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed 29, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00299-CR

### IN RE SAUL B. SERNA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390130**

### MEMORANDUM OPINION

On April 21, 2014, relator Saul B. Serna filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of his felony conviction for capital murder, and seeks to compel the Honorable Kristin M. Guiney, judge of the 179th District Court, Harris County, to grant an out-of-time new trial.

Relator asserts that an out-of-time new trial should be granted because of alleged witness tampering, the failure to hold a suppression hearing, the failure of a

witness to identify relator at trial, and ineffective assistance of counsel. Although intermediate courts of appeals have jurisdiction in criminal matters, only the Court of Criminal Appeals of Texas has jurisdiction to grant relief in a post-conviction habeas corpus proceeding when there is a final felony conviction. *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (orig. proceeding) (per curiam); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding). Therefore, this court does not have jurisdiction. Accordingly, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).